OFER M. GROSSMAN (CA Bar No.: 163150)
**LAW OFFICES OF OFER M. GROSSMAN**
P.O. Box 5576
Santa Monica, CA  90409
Phone: (310) 367-7504
Facsimile: (310) 307-2993

Attorneys for Plaintiff,
Hitachi Capital America Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF CENTRAL CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| HITACHI CAPITAL AMERICA CORP., a Delaware corporation,<br><br>                Plaintiff,<br>  v.<br><br>O'NEAL TIMBER, INC., a Mississippi corporation, and LENFIELD O'NEAL, an individual and DOES 1 through 10 inclusive.<br><br>                Defendants. | Case No.:8:20-cv-00409-JWH-JDE<br><br>JOINT STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff, HITACHI CAPITAL AMERICA CORP., a Delaware corporation ("Plaintiff") and O'NEAL TIMBER, INC., a Mississippi corporation, and LENFIELD O'NEAL, an individual, (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

Joint Stipulation And Request To Dismiss Entire Action With Prejudice

1

1. All claims in the above-entitled action are dismissed in their entirety with prejudice; and

2. Each party is to bear their own costs and fees;

IT IS SO STIPULATED.

DATED: 10/27/2020          LAW OFFICES OF OFER GROSSMAN

By: /s/ "Ofer M. Grossman"
Ofer M. Grossman, Attorneys for Hitachi Capital America Corp.

DATED: 10/27/2020          LAW OFFICES OF BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ "Jonathan C. Sandler"
Jonathan C. Sandler
Attorneys for Defendants
O'Neal Timber, Inc., a Mississippi corporation, and Lenfield O'Neal

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

DATED: 10/27/2020          LAW OFFICES OF OFER GROSSMAN

By: /s/ "Ofer M. Grossman"
Ofer M. Grossman, Attorneys for Hitachi Capital America Corp.